

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

January 24, 2025

**VIA CM/ECF AND HAND-DELIVERY**

███████████████████

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 6312
Wilmington, DE 19801-3555

**Re:** ***Novartis Pharmaceuticals Corporation v. MSN Pharmaceuticals, Inc.*,**
**C.A. No. 21-870 (Consolidated)**

Dear Judge Hall,

We write jointly on behalf of the parties to provide the Court with a status update in furtherance of the parties' January 17, 2025 letter (D.I. 165). The parties are still in active, advanced settlement discussions. In order to preserve the *status quo* while the parties continue their negotiations, the parties jointly respectfully request that the Court refrain from issuing its post-trial decision on or before January 31, 2025. The parties will submit a joint status report no later than January 29, 2025 advising the Court of the status of the parties' negotiations.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M . Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on January 24, 2025 on the following counsel in the manner indicated:

### <u>VIA EMAIL</u>

Karen L. Pascale
Robert M. Vrana
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King St.
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Brian Gold
**ARENT FOX LLP**
1717 K. Street, NW
Washington, DC 20006-5344
(202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com
brian.gold@afslaw.com

Matthew T. Wilkerson
**ARENT FOX LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
matthew.wilkerson@afslaw.com

*Attorneys for MSN Pharmaceuticals Inc. and MSN Laboratories Pvt. Ltd.*

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)

ME1 51923923v.1